IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02076-MSK-MJW

JAMES THOMAS, and
MICHELLE SYKES,

       Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, DISABILITY DETERMINATION
      SERVICES,
VICKIE JOHNSON, individually and in her official capacity as Director, Disability
      Determination Services, and
PAULINE BURTON, individually and her official capacity as Director, Office of Self
      Sufficiency,

       Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 30th day of September, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge