IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02076-MSK-MJW

JAMES THOMAS, and
MICHELLE SYKES,

       Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, DISABILITY DETERMINATION
     SERVICES,
VICKIE JOHNSON, individually and in her official capacity as Director, Disability
     Determination Services, and
PAULINE BURTON, individually and her official capacity as Director, Office of Self
     Sufficiency,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss with Prejudice (**#27**) filed July 16, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 16th day of July, 2009.

                         **BY THE COURT:**

                         *Marcia S. Krieger*

                         Marcia S. Krieger
                         United States District Judge